IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.                    No. 6:05CR60019-001

NATHAN AUSTIN                                               DEFENDANT

## ORDER

Now on this 12th day of January 2006, there comes on for consideration the report and recommendation filed herein on December 27, 2005, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 29). Defendant has filed written objections to the report and recommendation. (Doc. 31).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the motion to suppress items seized pursuant to the execution of the search warrant (Doc. 17) is DISMISSED AS MOOT based upon the stipulation of the United States. Further, the motion to dismiss statements (Doc. 16) is DENIED.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge